155 A.3d 434

**PORTER, Karla Louise**

v.

**STATE of Maryland**

**Pet. Docket No. 499, Sept.Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted

155 A.3d 434

**SAGE TITLE GROUP**

v.

**ROMAN**

**Pet. Docket No. 459, Sept. Term, 2016**

Court of Appeals of Maryland.

February 3, 2017

Petition for writ of certiorari granted